# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RICHARD NEY AYBAR,
    Plaintiff,

v.                                        C.A. No. 19-368-JJM-LDA

ANDREW HARMON, et al.
    Defendants.

## **JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's text order dated July 10, 2019, the judgment is hereby entered dismissing this matter in accordance with Fed. R. Civ. P. 58.

It is so ordered.


July 10, 2019                                By the Court:

                                                   /s/ Hanorah Tyer-Witek.
                                                   Clerk of Court